1

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

12
13
14
15
16
17
18

| | |
|---|---|
| **JACK ORLANDO JOHNSON,** )<br>)<br>**Petitioner,** )<br>)<br>**v.** )<br>)<br>)<br>**CAL A. TERHUNE,** )<br>)<br>**Respondent.** )<br>_____ ) | **CV F 99-5982 WMW HC**<br><br>**ORDER DIRECTING CLERK**<br>**OF COURT TO CLOSE CASE** |

19

20

21

22

23

24

25

26

27

28

Petitioner is a state prisoner who prosecuted a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254 in this court.  On May 24, 2002, the Magistrate Judge assigned

to the case entered an order granting the petition, subject to the State's right to retry

Petitioner.  Respondent filed a notice of appeal and the Magistrate Judge granted

Respondent's request for a stay pending resolution of the appeal.  On January 30, 2004, the

Court of Appeal for the Ninth Circuit reversed the judgment of this court, concluding that,

"[b]ecause the state court decision was not an unreasonable application of clearly established

1  federal law, habeas relief is not permissible under § 2254(d)." This case is therefore

2  concluded in its entirety.  Accordingly, the Clerk of the Court is directed to CLOSE THIS

3  CASE.

4  IT IS SO ORDERED.

5  **Dated:    March 13, 2006**              _____/s/  **William M. Wunderlich**_____
   bl0dc4                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                           2